UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:
JOEY JASON WEINKAUF

Case No. 22-41671-MJH

**ORDER GRANTING RELIEF FROM STAY**

Debtor(s)

THIS MATTER having come on regularly before the court on the motion of Secured Creditor HAPO Community Credit Union for relief from stay, and it appearing this secured creditor has a perfected security interest in a <u>2022 Tesla Model S; VIN: 5YJSA1E61NF460124</u>, and

☒ no objection having been timely filed within the timeframe required by the Local Bankruptcy Rules and specified in the Notice, or

☐ the Court having considered the materials filed by the parties and oral argument presented,

NOW THEREFORE,

IT IS HEREBY ORDERED, that HAPO Community Credit Union's Motion for Relief from Stay is GRANTED. HAPO Community Credit Union is hereby granted relief from the automatic stay of 11 U.S.C. Sec. 362 with respect to the afore described property of the debtor and estate, to allow it to immediately repossess, dispose of and/or disburse proceeds from sale of the collateral in accordance with applicable Federal and State law, and the provisions of BR 4001(a)(3) are deemed waived. This order shall remain effective notwithstanding any conversion or dismissal and reinstatement within six (6) months of dismissal of this case.

ORDER GRANTING RELIEF FROM STAY - 1

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE. 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771

**///End of Order///**

Presented by:

 /s/Samuel M. Meyler
Samuel M. Meyler, WSBA No. 39471
Attorney for Creditor
1700 Westlake Ave. N., Ste. 200
Seattle, WA 98109
Tel: 206-876-7770
Fax: 206-876-7771
E-mail: samuel@meylerlegal.com

ORDER GRANTING RELIEF FROM STAY - 2

**MEYLER LEGAL, PLLC**
1700 WESTLAKE AVE. N., STE. 200
SEATTLE, WASHINGTON 98109
TEL: (206) 876-7770 ● FAX: (206) 876-7771